EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2013 TSPR 76 |
| Iván Vega Lassalle | 188 DPR ____ |

Número del Caso: TS-10,547


Fecha: 27 de junio de 2013


Abogados de la Parte Peticionaria:

        Lcda. Iván Vega Lassalle
        Lcdo. Israel Roldán González
        Lcda. Carmen I. Navas
        Lcdo. Nelson Colón Román


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Iván Vega Lassalle                    TS-10,547



RESOLUCIÓN

San Juan, Puerto Rico, a 27 de junio de 2013.

Vista la *Solicitud de Reinstalación,* se reinstala al Lcdo. Iván Vega Lassalle únicamente al ejercicio de la abogacía.

Publíquese.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.


Lcda. Camelia Montilla Alvarado
Secretaria del Tribunal Supremo, Interina